# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **MORAIMA RIVERA ANDINO**

Debtor(s)

CASE NO: **15-04740-MCF**

Chapter 13

---

## TRUSTEE'S OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

**\*ATTORNEY FEES AS PER R 2016(b) STATEMENT:**

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO\***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$132.00**     Outstanding (Through the Plan): **$2,868.00**

---

**\*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325**

Debtor(s) Income is (are) ☒ Under   ☐ Above Median Income     Liquidation Value: **$$0.00**

Commitment Period is   ☒ 36 months   ☐ 60 months §1325(b)(1)(B)   General Unsecured Pool: **$0.00**

With respect to the (amended) Plan date: Aug 20, 2015 (Dkt 11)   Plan Base: **$16,800.00**

**The Trustee:**   ☐ **DOES NOT OBJECT**   ☒ **OBJECTS** Plan Confirmation   Gen. Uns. Approx. Dist.: 0.00 %

The Trustee objects to confirmation for the following reasons:

---

**[1325(a)(6)] Insufficiently Funded** – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

The minimum base needed totals approximately $19,000.00.

---

**[1325(b)(1)(B)] Projected Disposable Income** – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]

Debtor has recently started receiving child support income in the amount of $237.00 bi-weekly. This amount is not included in Schedule I. Evidence of child support income must be submitted to the Trustee.

---

**\*OTHER COMMENTS / OBJECTIONS**

COOP LA FAMILIA, alleged secured creditor provided for in the plan, has failed to file its proof of claim. In absence of such claim, Debtor must submit evidence that Casa de Empeno la Familia has a lien over Debtor's vehicle.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

---

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: August 24, 2015

/s/ Nannette Godreau, Esq.

Case:15-04740-MCF13 Doc#:12 Filed:08/24/15 Entered:08/24/15 19:11:00 Desc: Main
Document Page 2 of 2
Last Docket Verified: 11    Last Claim Verified: 3 (1 AM)    CMC: NM